*hHN*

07cV6474

# FILED

DEC 0 7 2007 *PH*

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**BY CERTIFIED MAIL - RETURN RECEIPT**
Chief, Criminal Appeal Division
Illinois Attorney General's Office
100 West Randolph Street
12th Floor
Chicago, IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED
DEC 0 4 7

Office Of The Attorney General
Office Services

Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from ser...    7007 0710 0003 4430 7737

PS Form 3811, February 2004    Domestic Return Receipt    07 cv 6474    102595-02-M-1540

RECEIVED
DEC 0 7 2007

UNITED STATES POSTAL SERVICE    First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael W. Dobbins, Clerk
USDC, Northern District of Illinois
219 South Dearborn Street
20th Floor - Clerk's Office (07 cv 6474)
Chicago, IL 60604

07cv 6474