

**MICHAEL W. DOBBINS**
  **CLERK**

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

December 17, 2007

John M. Waters, Clerk

218 U.S. Courthouse
201 S. Vine Street
Urbana IL 61802

      RE:    Dorsey v. Hulick et al
      Case No:   07 cv 6474

Dear Clerk:

Pursuant to the order of entered by Judge George M. Marovich on November 30, 2007, the above record is electronically transmitted to the Central District of Illinois, Urbana.

The following paper document is being transferred to the court by certified mail, number 7007 0710 0003 4430 7768.  Document number: 3

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                Sincerely yours,

                Michael W. Dobbins, Clerk

                By:   / s/ Cynthia Young
                        Deputy Clerk

Enclosures

New Case No. _____      Date _____

c:      Non-ECF Attorneys and Pro se Parties



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

December 17, 2007

John M. Waters, Clerk

218 U.S. Courthouse
201 S. Vine Street
Urbana IL 61802

      RE:    Dorsey v. Hulick et al
      Case No:   07 cv 6474

Dear Clerk:

Pursuant to the order of entered by Judge George M. Marovich on November 30, 2007, the above record is electronically transmitted to the Central District of Illinois, Urbana.

The following paper document is being transferred to the court by certified mail, number 7007 0710 0003 4430 7768.  Document number: 3

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                Sincerely yours,

                Michael W. Dobbins, Clerk

                By:   / s/ Cynthia Young
                        Deputy Clerk

Enclosures

New Case No. _____      Date _____

c:      Non-ECF Attorneys and Pro se Parties



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

December 17, 2007

John M. Waters, Clerk
218 U.S. Courthouse
201 S. Vine Street
Urbana IL 61802

   RE: Dorsey v. Hulick et al
   Case No: 07 cv 6474

Dear Clerk:

Pursuant to the order of entered by Judge George M. Marovich on November 30, 2007, the above record is electronically transmitted to the Central District of Illinois, Urbana.

The following paper document is being transferred to the court by certified mail, number 7007 0710 0003 4430 7768.  Document number: 3

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

        Sincerely yours,

        Michael W. Dobbins, Clerk

        By: / s/ Cynthia Young
           Deputy Clerk

Enclosures

New Case No. _____  Date _____

c: Non-ECF Attorneys and Pro se Parties