



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W. DOBBINS**
CLERK

December 17, 2007

John M. Waters, Clerk

218 U.S. Courthouse
201 S. Vine Street
Urbana IL 61802

**FILED**

DEC 2 0 2007

RE:   Dorsey v. Hulick et al
Case No:   07 cv 6474

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Dear Clerk:

Pursuant to the order of entered by Judge George M. Marovich on November 30, 2007, the above record is
electronically transmitted to the Central District of Illinois, Urbana.

The following paper document is being transferred to the court by certified mail, number 7007 0710 0003 4430
7768.  Document number: 3

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:     / s/ Cynthia Young
Deputy Clerk

Enclosures

New Case No. _____07-2240_____          Date _____12/18/07_____ vbb 12/20/07

c:     Non-ECF Attorneys and Pro se Parties

**F I L E D**

DEC 2 6 2007

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**