

# FILED

DEC 2 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John M. Waters, Clerk
218 U.S. Courthouse
201 S. Vine Street
Urbana IL 61802

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  U. Ball          ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
V. Ball                          12/20/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service   7007 0710 0003 4430 7768

PS Form 3811, February 2004    Domestic Return Receipt   07cv6474   102595-02-M-1540

07cv6474

RECEIVED

DEC 2 6 2007

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

• Sender: Please print your name, address, and ZIP+4 in this box •

Michael W. Dobbins, Clerk
USDC, Northern District of Illinois
219 South Dearborn Street
20th Floor - Clerk's Office (07 cv 6474)
Chicago, IL 60604